| | | |
|---|---|---|
| VICTORIA SANCHEZ | * | CIVIL ACTION NO: 2:12-cv-00164 |
| | * | |
| VERSUS | * | SECTION: _____ |
| | * | |
| AMERICAN POLLUTION CONTROL CORP. | * | JUDGE: _____ |
| | * | |
| | * | MAGISTRATE JUDGE: _____ |
| | * | |
| ************************************ | | |

## COMPLAINT FOR DAMAGES

The complaint of VICTORIA SANCHEZ against defendant, AMERICAN POLLUTION CONTROL CORP. respectfully represents upon information and belief as follows:

**I.**

Defendant, AMERICAN POLLUTION CONTROL CORP., (hereinafter referred to as "AMPOL") is a Delaware corporation authorized to do and doing business within the State of Louisiana with its principal business office located at 401 W. Admiral Doyle Drive New Iberia, LA 70560. Notice may be served upon Kirk F. Headley, registered agent for AMPOL at 401 West Admiral Doyle Drive, New Iberia, LA 70560, or wherever he may be found.

**II.**

Plaintiff, VICTORIA SANCHEZ is a person of the full age of majority domiciled in Orange County, State of Texas who at all material times herein was employed by defendant, AMPOL as a "Responder" to the Deepwater Horizon Incident subsequent oil spill that began on April 20, 2010.

At the time of Ms. Sanchez's injury she was working aboard the motor vessel "No Gas II," a vessel in navigation, performing operations at the direction of AMPOL as a "Vessel of Opportunity" in connection with the Deepwater Horizon incident response efforts. At all material

1

times the Vessel in question was under the control and direction of defendant AMPOL and/or AMPOL agents, servants and/or employees.

Plaintiff's claims herein arise under the Jones Act, 46 U.S.C. section 688 and the General Maritime Law. The vessel was captioned by Leroy Jones and was crewed by Buddy Jones, Guy Nicholas, and Plaintiff VICTORIA SANCHEZ.

## III.

On or about July 13, 2010, plaintiff, VICTORIA SANCHEZ while in the course and scope of her employment working aboard the "No Gas II" suffered injuries to her person, including, but not limited to, injuries to her chest, ribs, abdomen, back, neck, shoulder, and arm. The negligence of persons aboard and/or operating the vessel in question and/or AMPOL and/or their agents, servants and/or employees and as a result of the unseaworthiness of the "No Gas II" did proximately cause plaintiff to be tossed forcefully upon the deck of the boat while attempting to deploy boom material resulting in serious mental and physical injury to plaintiff.

## IV.

The incident and injuries sustained by the plaintiff were proximately caused by the negligence of defendant, AMPOL and/or their agents, servants and/or employees in the following non-exclusive particulars:

a.   Failing to provide a safe place to work;

b.   Providing an unseaworthy vessel which was not properly equipped with the appropriate gear and appurtenances;

c.   Failure to provide or maintain equipment such that plaintiff would not be at risk of injuring her person while performing her job as a "Responder";

d.   All other acts of negligence, fault, omission or co-mission which may become apparent through the course of discovery or which may be proved at trial.

e.   Failure to provide a seaworthy vessel fit for the activity the vessel was engaged in at the time of the incident.

**V.**

Due to the injuries sustained by plaintiff, she is disabled and has been prohibited from returning to her work. Furthermore, plaintiff's injuries have caused her to suffer past and future mental anguish, pain, disability, impairment, and loss of enjoyment of life, lost earnings, and loss of earning capacity. Additionally, plaintiff has and will continue to incur medical expenses, all of which plaintiff is entitled to recover from defendant AMPOL. Plaintiff seeks full and fair compensation for all elements of damage available under the law, both in the past and those that in reasonable probability will be incurred in the future. Plaintiff reserves the right to supplement and/or amend this complaint in order to more accurately reflect the damages sustained herein.

## MAINTENANCE AND CURE

And now, plaintiff, VICTORIA SANCHEZ, alleges an additional cause of action for maintenance and cure, past and future, and hereby reiterates all of the allegations contained in the foregoing paragraphs.

**VI.**

Plaintiff avers that she is entitled to maintenance from the date of the incident in question until maximum medical cure, to medical care in the form of orthopedic care, physical therapy, medication and work hardening, and for compensatory and punitive damages and attorneys' fees occasioned by the arbitrary and capricious actions of her employer, AMPOL in failing to pay maintenance and cure after demand has been made.

## JURY DEMAND

**VII.**

Plaintiff is entitled to and demands a trial by jury on all issues alleged herein. WHEREFORE, plaintiff, VICTORIA SANCHEZ, prays that this complaint be deemed good and sufficient, and that after due proceedings are had that there be judgment herein in favor of

VICTORIA SANCHEZ, and against defendant AMPOL for damages in a sum sufficient to compensate her for all lost wages, past and future, pain and suffering, mental anguish, loss of enjoyment of life and all other damages to which plaintiff may be entitled with legal interest from date of injury, cost and any other relief to which plaintiff may be entitled.

Plaintiff further prays for a judgment against defendant AMPOL for maintenance until maximum cure is reached, for medical cure and such sums as may be established for compensatory and punitive damages and attorney's fees occasioned by defendants, arbitrary and capricious failure to pay same. Plaintiff further prays for all general, legal, equitable and other relief available to her under the laws of the United States, the General Maritime Law and for a trial by jury.

Respectfully submitted,

**WILLIAMS LAW GROUP, LLC**

*s/ Conrad S. P. Williams, III*
_____
**Conrad S.P. Williams, III (#14499)**
**J. Christopher Zainey, Jr. (#32022)**
435 Corporate Drive, Suite 101
Houma, Louisiana 70360-2498
(985) 876-7595 - Telephone
(985) 876-7594 – Facsimile
duke@williamslawgroup.org
chris@williamslawgroup.org
*Attorney for Plaintiff, Victoria Sanchez*


**WILLIAMSON & RUSNAK**

*s/ Jimmy Williamson*
_____
**Jimmy Williamson**
Federal ID No. 51896
Texas State Bar No. 21624100
Email: jimmy@jimmywilliamson.com
4310 Yoakum Boulevard

Houston, Texas 77006
(713) 223-3330 - Telephone
(713) 223-0001 – Facsimile
*Pro Hac Vice Pending*

<u>Please Serve:</u>
American Pollution Control Corp.
Through its Registered Agent
Kirk F. Headley
401 W. Admiral Doyle Drive
New Iberia, LA 70560