UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **VICTORIA SANCHEZ** | **CIVIL ACTION** |
| **VERSUS** | **NO: 12-0164** |
| **AMERICAN POLLUTION CONTROL CORP., ET AL.** | **SECTION: "N" (4)** |

## ORDER

Before the Court is a **Motion for Expedited Hearing on Motion to Stay Discovery Pending Disposition of Motion to Transfer and Consolidate (R. Doc. 108)**, filed by Defendants, BP Exploration & Production, Inc., BP America Production Company, BP p.l.c., O'Brien's Response Management, L.L.C., Danos & Curole Marine Contractors, LLC, and Danos & Curole Staffing, LLC, (collectively "Defendants").[1] Defendants' motion seeks expedited consideration of their **Motion to Stay Discovery Pending Disposition of Motion to Transfer and Consolidate (R. Doc. 107)**, currently noticed for submission on March 20, 2013. However, the Court finds that the expedited motion has merit and considers the underlying motion herein.

This is a personal injury maritime case which Plaintiff, Victoria Sanchez, ("Sanchez") has filed against Defendants arising in connection with the injuries she sustained while working on a ship which was assisting in clean-up efforts arising in connection with the BP Oil Spill. A large number of claims to that accident have been consolidated in *In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*, MDL No. 2179 ("MDL 2179").

---

[1] These Defendants do not comprise all defendants in the above-mentioned case.

Early in this litigation, Sanchez sought to have this case transferred for consolidation with MDL 2179 by filing a "Direct Filing Short Form," which according to Defendants is evidence of Sanchez's concession that her claim belongs to MDL 2179. (R. Doc. 107-1, p. 2). Defendants have filed a motion, currently pending before the presiding U.S. District Judge, which seeks to consolidate Sanchez's case with MDL 2179. (R. Docs. 105, 106).

As to the instant motion, Defendants argues that several depositions in this case have been scheduled to commence on Thursday, March 7, 2013, in Texas. (R. Doc. 107-1, p. 2) Defendants argue that these depositions touch upon the same issues raised by the MDL panel. *Id.* Therefore, Defendants request that the depositions be stayed until the presiding U.S. District Judge determines whether this case should be consolidated with MDL 2179. *Id.*

The Court is not in a position to determine whether the proposed discovery is or is not duplicitous with the discovery occurring in MDL 2179. Nevertheless, the Court finds that in the interests of judicial economy a short stay of discovery, pending action on the motion for consolidation, is appropriate. As such, the Court orders all discovery in this case to be stayed pending the presiding U.S. District Judge's resolution of R. Docs. 105 and 106.

Accordingly,

**IT IS ORDERED** that the **Motion for Expedited Hearing on Motion to Stay Discovery Pending Disposition of Motion to Transfer and Consolidate (R. Doc. 108)**, filed by Defendants, BP Exploration & Production, Inc., BP America Production Company, BP p.l.c., O'Brien's Response Management, L.L.C., Danos & Curole Marine Contractors, LLC, and Danos & Curole Staffing, LLC, (collectively "Defendants") is **GRANTED**.

**IT IS FURTHER ORDERED** that Defendants' **Motion to Stay Discovery Pending**

**Disposition of Motion to Transfer and Consolidate (R. Doc. 107)** is **GRANTED**. All discovery in this case shall be stayed pending the presiding U.S. District Judge's resolution of R. Docs. 105 and 106.

New Orleans, Louisiana, this 6th day of March 2013.

**KAREN WELLS ROBY**
**UNITED STATES MAGISTRATE JUDGE**